IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No.: 1:23-cv-01847-GPG-MDB**

THE ESTATE OF DANIEL JAMES MURRAY,
by and through its personal representative, David Murray;

    Plaintiff,

v.

WELLPATH, LLC;
THE BOARD OF COUNTY COMMISSIONERS OF THE
COUNTY OF EL PASO, COLORADO;
SHERIFF JOSEPH ROYBAL, in his official capacity;
DIANNE HAWTHORNE-CRUZ, individually;
WENDY MORRIS, individually; GEORGE SANTINI, individually;
J. DYLAN COX, individually; MICHELLE SILVA, individually;
MAGDALINE BEULTEMANN, individually

    Defendants.

---

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

NOW COMES Christopher Jones of the law firm Gordon Rees Scully Mansukhani LLP ("Moving Counsel"), who hereby moves before this Court for an Order withdrawing him as counsel for Michelle Silva in this matter. In support of this motion, the undersigned states as follows:

1. Defendant Wellpath, LLC, retained Gordon Rees Scully Mansukhani to represent Michelle Silva in this action.

2. Good cause exists for withdrawal. Wellpath, LLC, pursuant to its employee agreement with Michelle Silva, is responsible for attorneys' fees and costs for Moving Counsel's services rendered in defending Michelle Silva. As a result of the bankruptcy, Wellpath is no longer

1

required to honor its agreement to provide a defense for Michelle Silva.[1] While Wellpath elected to voluntarily assume Ms. Silva's defense for a time, given Wellpath's discharge in bankruptcy, it no longer elects to do so.

3. On January 8, 2026, undersigned counsel became aware that Wellpath, LLC had withdrawn its defense of Michelle Silva. Therefore, on January 15, 2026, undersigned counsel notified her of the same.

4. On January 15, 2026, undersigned counsel sent Michelle Silva this Motion. Additionally, undersigned counsel informed Michelle Silva that she is responsible for complying with all court orders and time limitations established by applicable statutes and rules pursuant to D.C.COLO.LAttyR 5(b).

5. In preparation to file this Motion, undersigned counsel notified Michelle Silva via email that this Motion was being filed and she would be responsible for abiding by Court orders.

6. Conferral is not required as this motion is brought pursuant to D.C.COLO.L.AttyR 5(b). *See* D.C.COLO.LCivR.7(b)(4).

7. Defendant's last known contact information is as follows:

> Michelle Silva
> 348 CALDWELL ST
> SPRING LAKE, NC 28390-1738
> m.avalos1007@yahoo.com

WHEREFORE, the undersigned respectfully requests that this Court enter an Order allowing Christopher Jones of Gordon Rees Scully Mansukhani to withdraw as attorneys of record for Defendant Michelle Silva.

---

[1] See Bankruptcy Court Dkt. No. 9207 at Paragraph 5 ("Such holders of Claims and Interests remain enjoined from enforcing recovery from the Debtors, the Debtors' estates, or the Post-Restructuring Debtors with respect to any indemnification obligations for such employees; provided, that nothing shall prevent the Post-Restructuring Debtors from electing to honor such indemnification rights pursuant to the provisions of the Plan").

Respectfully submitted this 16th day of January 2026.

                    **GORDON REES SCULLY**
                    **MANSUKHANI, LLP**


                    _/s/  Christopher R. Jones_
                    Christopher R. Jones, #41488
                    555 Seventeenth Street, Ste. 3400
                    Denver, Colorado 80202
                    (303) 534-5160
                    crjones@grsm.com
                    Attorney for Michelle Silva

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 16th day of January 2026, I filed the foregoing electronically with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record. Further, a file-stamped copy of this motion will be provided to Ms. Silva at the address listed above.

                */s/ Christopher R. Jones*

4