## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**Civil Action No.:** 23-cv-01847-GPG-MDB

THE ESTATE OF DANIEL JAMES MURRAY,
by and through its personal representative, David Murray;

      Plaintiff,

v.

WELLPATH, LLC, as a nominal defendant;
DIANNE HAWTHRONE-CRUZ, individually;
WENDY MORRIS, individually;
GEORGE SANTINI, individually;
J. DYLAN COX, individually;
MICHELLE SILVA, individually;
MAGDALINA BEULTEMANN, individually

      Defendants.

---

## MOTION TO WITHDRAW

---

Ellen K. Carlson of The Bagley Law Firm, LLC, respectfully moves this Court for the entry of an Order allowing her to withdraw as attorney for Plaintiff, and as grounds therefore, states as follows:

1. The Bagley Law Firm, LLC, represents Plaintiff, the estate of Daniel James Murray.

2. Ms. Carlson expects to leave The Bagley Law Firm, LLC, after February 27, 2026.

3. Scott Melin and Brian J. Bagley will remain counsel of record for Plaintiff.

4. Accordingly, Ms. Carlson did not inform Plaintiff of any responsibility to comply with court orders, time limitations, and statutes, as would otherwise be required by D.C.COLO.LAttyR 5(b).

5. Pursuant to D.C.COLO.LAttyR 5(b), conferral is not required.

2

6.  WHEREFORE, Plaintiff respectfully requests that the Court grant Ellen K. Carlson

leave to withdraw as counsel for Plaintiff in this matter.

Dated this 27th day of February, 2026.

s/ Ellen K. Carlson
Ellen K. Carlson
215 S. Wadsworth Blvd., Ste. 410
Lakewood, CO 80226
Telephone: (720) 378-5121
ellen.carlson@bagleylawfirm.com
*Attorney for Plaintiff*

2

3

CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2026, the foregoing **MOTION TO WITHDRAW** was electronically filed with the Clerk of Court using the CM/ECF system which will serve a copy on all counsel of record.

/s/ Meredith Swari
Meredith Swari, Paralegal